Cosfol, Appellant, *v.* Varvoutis.

30

Argued April 26, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Laurence H. Eldredge,* for appellants.

*Robert D. Abrahams,* with him *Albert Momjian,* and *Abrahams & Loewenstein,* for appellees.

OPINION PER CURIAM, September 29, 1965:

Decree affirmed on able opinion of President Judge SLOANE, 36 Pa. D. & C. 2d 723. Each party to pay own costs.

Mr. Justice ROBERTS concurs in the result.

Mr. Justice COHEN dissents.